IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM UPCHURCH, | No. C 04-2709 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CHARLES D. LEE, M.D., et al., | |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. Mail from the court has been returned by the post office as undeliverable with a notation "not at this institution." Plaintiff has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: September  6 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.04\UPCHURCH709.DMS-MAIL